**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| JOE BROWN, | Civil No. 08-5752 (JRT/RLE) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| RICARDO RIOS, HARLEY LAPPIN, AND ALLEN MUKASEY, | |
| Respondents. | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson dated November 2, 2009. Based upon the Report and Recommendation of the Magistrate Judge [Docket No. 11], and all of the files, records and proceedings herein, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that the Petition for a Writ of Habeas Corpus [Docket No. 1] be **DISMISSED, WITH PREJUDICE.**

Dated: December 14, 2009                  ___s/ John R. Tunheim___
at Minneapolis, Minnesota                JOHN R. TUNHEIM
                                                 United States District Judge